## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jeriel Alexander

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

The Stop and Shop Supermarket
Company LLC, ("Stop & Shop")

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No



RECEIVED
NOV 07 2022
PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐    **Federal Question**

☑    **Diversity of Citizenship**

### A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

42 U.S.C §1981, New York State Human Rights Law, NY Exec. L. § 296 et seq., New York Civil Rights Law §40, New York City Human Rights Law, NYC Admin. Code 8-101, et seq.

### B.    If you checked Diversity of Citizenship

#### 1.    Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Jeriel Alexander                           , is a citizen of the State of
(Plaintiff's name)

Yonkers NYS 10701
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, The Shop and Shop Supermarket *Company LLC*, is incorporated under the laws of

the State of  New York _____

and has its principal place of business in the State of  New YORK _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Jeriel _____  Alexander _____
First Name            Middle Initial      Last Name

79-81 Main Street #1253 _____
Street Address

Westchester Yonkers        NYS        10701
County, City                State          Zip Code

917-680-9853        JeRReLan@aol.com
Telephone Number            Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

*The Stop and SHop Supermarket Company LLC*

First Name                              Last Name

*Supermarket*

Current Job Title (or other identifying information)

*1 385 Hancock Street 4TH Flour*

Current Work Address (or other address where defendant may be served)

*Quincy*                    *MA*               *02169*

County, City                          State                  Zip Code

Defendant 2:

_____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                  Zip Code

Defendant 3:

_____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                  Zip Code

Page 4

Defendant 4: _____

First Name                        Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                        State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _154 Westchester Ave White Plains NY 10601_

Date(s) of occurrence: _August 2020, October 2020, Nov 2020_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I am a young black man who belongs to a protected class. My sister and mother had accompany me on or about the month of August 2020. I went to Stop and Shop Supermarket Company LLC (Stop & Shop) 154 Westchester Ave White Plains, NY 10601 to make and enforce a contract purchasing groceries to the full and Equal benefits of all laws and proceedings for the security of persons and property that white citizens enjoy. After I finished Shopping, I went to the self-service checkout. When I went to self-checkout I notice that everyone else using the Stop and Shop self service machine was white. That night, I was the only black person in the self service machine. A white female Stop and Shop employee came behind to watch my check out. I didn't ask for her assistance, After I finished paying for groceries having my reciept in my left hand, the same female white employee began following me saying "Nigga, stop stealing or I will call the police on you and get you arrested." She repeated these words several times

Pt 2.

While dealing with mental anguish, on or about August 18th 2020, around 4:14 pm eastern standard time concerning discrimination, mental anguish, humiliation that occured at this Stop and Shop Supermarket Company LLC location. Mr. Singh mention what happen to me was true and he stated "It's store policy that nobody is suppose harrass, discriminate or question anyone". So he offered me two chicken breast, eggs, and milk for free in exchange to not sue Stop and Shop. Prior to talking to Mr. Singh corporate was called on August 11th 2020 to file a complaint concerning discrimination of events that occured in August 2020. This wasn't the first time it happen to me. In October and Nov 2020 the white female employee would taunt me, Harrass concerning racial slurs and police being called. Stop and Shop did not to assist me. I talk to Mr. Singh in October 2020. nothing Happen to the racist wemen. It seems so reasonble on its face that it is hard to imagine why Stop and Shop store manager will allow its employee to discriminate in a place of public. dee Sapphira Alexander attach declaration.

and started laughing. I turn around and told her I am not a "Nigga" and you clearly saw me paid for my groceries. She called me a "Nigga again and said she calling the police with her fingers dailing number. I didn't enjoy the benefits and full enjoyment as white citizens. My sister witnessed this heinous racist behavior at Stop and Shop. My mother heard her by door calling me "Derogatory" names took the groceries and said to go and complaint this to a supervisor. I called for a supervisor and a Female came down stairs to assist me but couldn't do much. The female supervisor that tonight told me to call and ask for Mr. Singh store manager. This caused me mental anguish and emotional distress.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Monetary Relief 20 million
Mental Anguish, Pain Suffering, Humiliation
Award costs of this Action
Punitive Damages
Any such other and further relief, this Court deem appropriate.

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| __11/4/22__ | __Jeriel Alløe__ |
| Dated | Plaintiff's Signature |
| __Jeriel__ | __Alexander__ |
| First Name                    Middle Initial | Last Name |
| __79-81 Main Street #1253__ | |
| Street Address | |
| __Westchester Yonkers__   __NYS__ | __10701__ |
| County, City                         State | Zip Code |
| __917-680-9853__ | __JerreLan@aol.com__ |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.