```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JERIEL ALEXANDER,
                    Plaintiff,

v.                                                                    ORDER

                                                                      22 CV 9557 (VB)
THE STOP AND SHOP SUPERMARKET CO.
LLC,
                    Defendant.
--------------------------------------------------------------x
```

On December 28, 2022, plaintiff, who is proceeding pro se, filed an "opposition" to defendant's "motion to dismiss." (Doc. #11). However, there is no pending motion to dismiss. On December 8, 2022, defendant filed only an answer. (Doc. #9). Accordingly, the Court will disregard plaintiff's "opposition."

The initial conference scheduled for January 20, 2023, at 10:00 a.m., at the White Plains Courthouse, Courtroom 620, will proceed as scheduled. (Doc. #10). By January 13, 2023, the parties shall submit a proposed Civil Case Discovery Plan and Scheduling Order. (Id.).

Dated: December 29, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge