UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JERIEL ALEXANDER

                     Plaintiff,                      **ORDER**

      -against-                        22-cv-9557 (AEK)

THE STOP AND SHOP SUPERMARKET
COMPANY, LLC,

                     Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At a telephonic status conference held on November 1, 2023, the Court resolved the issues raised in the parties' letters filed at ECF Nos. 51, 52, and 53 as follows:

(1) Plaintiff must inform Defendant's counsel **today** whether his mother, Glyda Alexander, is available for an additional deposition on November 9, 2023.  If she is not available on that date, then Plaintiff **must** provide alternate dates for the deposition.  By **November 3, 2023**, Defendant will file a letter informing the Court of the date on which Glyda Alexander's deposition will take place.

(2) By **November 3, 2023**, Plaintiff must mail to Judge Krause a thumb drive with a copy of the audio recording Plaintiff previously provided to Defendant.

(3) By **November 3, 2023**, Plaintiff **must** inform Defendant's counsel which specific discovery responses he considers to be deficient, and the way in which they are deficient.  By **November 9, 2023**, Defendant must respond to Plaintiff in writing with respect to these alleged deficiencies.

(4) Plaintiff **must** file a letter by **November 16, 2023**, informing the Court whether he still believes that any of Defendant's discovery responses are deficient.  In the letter, Plaintiff **must** specify which discovery responses are deficient (*i.e.*, provide interrogatory and document request numbers), and the way(s) in which they are deficient. Defendant must file a letter in response by **November 28, 2023**. Defendant is hereby directed to include with its responsive letter copies of the discovery responses that Plaintiff alleges to be deficient.

      For example, if Plaintiff contends that the response to a particular interrogatory in inadequate, Defendant must attach a copy of its interrogatory responses so that the Court will have a copy of the disputed item available for the next conference.

      The next conference in this matter will take place in person on December 8, 2023 at 10:00 a.m. in Courtroom 250 at the federal courthouse in White Plains, 300 Quarropas Street, White Plains, NY 10601.

Dated:  November 1, 2023
           White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge