UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JERIEL ALEXANDER

                    Plaintiff,                  **ORDER**

    -against-                            22-cv-9557 (AEK)

THE STOP AND SHOP SUPERMARKET
COMPANY, LLC,

                    Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Having reviewed the parties' most recent letters, ECF Nos. 94, 95, the Court orders that:

(1) By no later than **May 10, 2024**, Plaintiff is to file the exhibits to his cross-motion for summary judgment as an attachment to a letter that lists the exhibits in order; and

(2) Defendant's request for an extension of time to file papers in opposition to the cross-motion is granted, and the briefing schedule is amended as follows: Defendant's opposition to Plaintiff's cross-motion and reply in support of its own motion must be served and filed by **June 14, 2024**; Plaintiff's reply in support of his cross-motion must be served and filed by **June 28, 2024**.

      The Court denies Defendant's request to strike the attacks on Defendant's counsel from Plaintiff's memorandum of law. Plaintiff is advised, however, that personal attacks on counsel, or on Court employees, are not appropriate, and Plaintiff must refrain from any further attacks in future filings.

Dated: May 3, 2024
       White Plains, New York

                                                      **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge