UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JERIEL ALEXANDER,

                          Plaintiff,                              **JUDGMENT**

   -against-                                                    22 Civ. 9557 (AEK)

THE STOP AND SHOP SUPERMARKET
COMPANY LLC,

                          Defendant.
---------------------------------------------------------------x

       **WHEREAS**, Plaintiff Jeriel Alexander ("Plaintiff") brought the above-entitled action against Defendant The Stop and Shop Supermarket Company LLC ("Defendant");

       **WHEREAS**, this action was assigned to the undersigned by consent of the parties pursuant to 28 U.S.C. § 636(c) on January 20, 2023, ECF No. 14;

       **WHEREAS,** certain of the claims asserted in the Amended Complaint were dismissed in the Court's September 30, 2024 Opinion and Order on the parties' cross-motions for summary judgment, *see* ECF No. 109;

       **WHEREAS**, the remaining claims asserted in the Amended Complaint proceeded to a jury trial on March 17, 2025;

       **WHEREAS**, on March 19, 2025, the jury reached a unanimous verdict in favor of Defendant on all claims that were presented to the jury;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Defendant with respect to all claims. Accordingly, the Clerk of Court is respectfully requested to close the case.

Dated: March 20, 2025
       White Plains, New York

SO ORDERED.

*Andrew Krause*

———————————————
ANDREW E. KRAUSE
United States Magistrate Judge